**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00647-CV

————————————

**CONTINA BYRD, Appellant**

**V.**

**NRE PARC AT SOUTH GREEN PROPERTY OWNER LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1242549**

---

## MEMORANDUM OPINION

Appellant, Cotina Byrd, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.